Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

April Favors

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

Case: 1:22−cv−00553
Assigned To : Unassigned
Assign. Date : 2/15/2022
Description: Pro Se Gen. Civ. (F−DECK)

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

The State of Texas
Greg Abbott

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---



RECEIVED
Mail Room

VOID

FEB - 2 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                      April favors

All other names by which
you have been known:
ID Number
Current Institution
Address                                   1019 Flangin Rd.
                                          Leander        TX        78641
                                               *City*        *State*      *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
   Name                     Hopkins County Jail - Courthouse
   Job or Title *(if known)*
   Shield Number
   Employer
   Address                  118 Church Street
                            Sulphur Springs    TX       75482
                                  *City*           *State*      *Zip Code*

   ☐ Individual capacity      ☒ Official capacity

Defendant No. 2
   Name                     The State of Texas
   Job or Title *(if known)*
   Shield Number
   Employer
   Address                  1100 San Jacinto Blvd. Austin
                            Austin          TX    78701
                                  *City*        *State*    *Zip Code*

   ☐ Individual capacity      ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name      *Hopkins County Jail*

Job or Title *(if known)*

Shield Number

Employer

Address      *298 Roosemont st*

*Sulphur springs*          *TX.*          *75482*

          *City*          *State*          *Zip Code*

☐ Individual capacity      ☒ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

          *City*          *State*          *Zip Code*

☐ Individual capacity      ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*I was asked Accomidation - denied*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*Breech of Contract*

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐       Pretrial detainee

☐       Civilly committed detainee

☐       Immigration detainee

☐       Convicted and sentenced state prisoner

☐       Convicted and sentenced federal prisoner

☑       Other *(explain)*          Self

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

events = Jail house on side of road

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

Side of Road

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

Jan. 27, 2022 12:00 Am el wrote and email to the clerk 2 mintues after she called

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

the Arresting Officer Arrested me under False contents. Then went to Jail

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was denied to go to Hosiptial And medical attention for hours. Infections pain Bruies.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Doctors Bills — poor maientance undisclosed Amount of dameges Are not going to Be discussed At this time.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

a filed motion to exornate the Bond.

federal court — Breech of contrat

2.  What did you claim in your grievance?

federal claims — Breech of contract

3.  What was the result, if any?

After I was notified About bond then e explained my side of the story. Now the clerks of N I A / Hopkins is Aware of Bond.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

It was forwarded to New orleans Diciplive for Judges

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

RECEIVED
Mail Room

FEB - 2 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

F.    If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   Well I thought I would get Accomdation letter

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I emailed the Judge also serial convo with the clerk's.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. The clerk called about case that was dismissed her name Amy she said that she would send a Hold on the Bond for case that was dropped.

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

❒  Yes

☑  No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Was not provided with those Documents when asked said they Don't have too.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒  Yes

☐  No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    April favors

Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Court federal    federal District

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☐  Yes

☒  No

If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Cuse dismissed not enough Info I gave Brief story

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

U.S. District court

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)  April Favors
     Defendant(s)  All Agency's Listed

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number  CR 2135 858  also another case Ben dismissed.

4.   Name of Judge assigned to your case  Clay Harrission

5.   Approximate date of filing lawsuit  July 12, 2021

6.   Is the case still pending?

     ☐ Yes

     ☑ No

     If no, give the approximate date of disposition  August 12, 2021

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     Dismissed  - No Appeal

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2-26-22

Signature of Plaintiff

Printed Name of Plaintiff    April Favors

Prison Identification #

Prison Address

|  | City | State | Zip Code |
|---|---|---|---|

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                          Round Rock civil cart

Job or Title *(if known)*

Street Address                1801 E old settlers Bl D.

City and County               #100    Round Rock   78664

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 3

Name                          Supreme Count Guards

Job or Title *(if known)*

Street Address                201 W 14th st

City and County               Austin Texas   78711

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 4                Utilities Home of Leander

Name                          Water Utility Company

Job or Title *(if known)*

Street Address                p.O Box 317

City and County               Leander Tx, 78646

State and Zip Code

Telephone Number              512- 690-4760

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Georgetown District court |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | 405 Martin Luther King Jr st. |
| State and Zip Code | Georgetown Tx 78626 |
| Telephone Number | 512-943-1100 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Texas Medical Board |
| Job or Title *(if known)* | |
| Street Address | 333 Guadalupe St. #3 |
| City and County | Austin Texas 78701 |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Texas Department of Health |
| Job or Title *(if known)* | |
| Street Address | 2500 N. Austin AVE |
| City and County | Georgetown Tx. |
| State and Zip Code | 78626 |
| Telephone Number | 512-942-4030 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | Socal Security of Civil Rights |
| Job or Title *(if known)* | |
| Street Address | 1301 young st. 350, #104 |
| City and County | Dallas Tx, |
| State and Zip Code | 75202 |
| Telephone Number | |
| E-mail Address *(if known)* | Office of Counsel |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name               Texas Legal Aid

    Job or Title *(if known)*

    Street Address      4920 I-35 Austin, TX

    City and County     78751

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name               Home Care. Com

    Job or Title *(if known)*

    Street Address      207 Wood land Dr.

    City and County     Bel-Air, M.D 21014

    State and Zip Code

    Telephone Number    301-741-4178

    E-mail Address *(if known)*

Defendant No. 4

    Name               Department of Human Right

    Job or Title *(if known)*   of Chicago

    Street Address      100 W Randolph St. #10

    City and County     Chicago Il, 60601

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

All Above

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ .

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Home Care . Com , is a citizen of the State of *(name)* Bel- Air woodland . Or is a citizen of *(foreign nation)* M, D 21014 .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _Department Hmas Rights_, is incorporated under the laws of the State of *(name)* _ChicAgo Il 60401_, and has its principal place of business in the State of *(name)* _Chicago Il,_.

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _Human Rights_.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_N/A At this Time_

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_Attach Copy_

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_undisclosed Amount_
_see Attached_
_Copy._

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

I will ask in this matter to contact me due to my disabilities. not able to write everything down. Accomandation

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2-26-22

Signature of Plaintiff    _April C Favors_

Printed Name of Plaintiff    April Favors

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____